■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY MITCHELL, Also Known as RODNEY MITCELL, Appellant. [759 NYS2d 694] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered July 18, 2001, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Altman, J.P., Krausman, Goldstein, H. Miller and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR RILEY, Appellant. [759 NYS2d 895] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 30, 2002 (*People v Riley,* 297 AD2d 826 [2002], *lv denied* 99 NY2d 584 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered October 6, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Altman, Florio and H. Miller, JJ., concur.